UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMILY L.,

     Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.

Case No. 25-cv-10773

Honorable Robert J. White

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, GRANTING THE COMMISSIONER'S MOTION FOR SUMMARY JUDGMENT, DENYING PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT, AND AFFIRMING THE COMMISSIONER'S DENIAL OF DISABILITY BENEFITS**

Emily L. commenced this action under the Social Security Act, 42 U.S.C. § 405(g), seeking judicial review of the Commissioner of Social Security's final decision denying her application for disability benefits.

Before the Court is Magistrate Judge Patricia T. Morris's January 22, 2026 report and recommendation. (ECF No. 20). The report recommends that the Court (1) grant the Commissioner's motion for summary judgment, (2) deny Emily L.'s cross-motion for summary judgment, and (3) affirm the Commissioner's final decision denying Emily L.'s application for disability benefits. (ECF Nos. 12, 19).

None of the parties objected to the report and recommendation pursuant to Fed. R. Civ. P. 72(b)(2).

The Court had an opportunity to fully review the matter and believes that the magistrate judge reached the correct conclusions for the appropriate reasons. Accordingly,

IT IS ORDERED that the magistrate judge's January 22, 2026 report and recommendation (ECF No. 20) is hereby accepted and adopted.

IT IS FURTHER ORDERED that the Commissioner's motion for summary judgment (ECF No. 19) is granted.

IT IS FURTHER ORDERED that Emily L.'s cross-motion for summary judgment (ECF No. 12) is denied.

IT IS FURTHER ORDERED that the Commissioner's final decision denying Emily L.'s application for disability benefits is affirmed.

Dated: February 13, 2026                    s/ Robert J. White
                                            Robert J. White
                                            United States District Judge