UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMILY L.,

     Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.

Case No. 25-cv-10773

Honorable Robert J. White

## JUDGMENT

The Court has granted the Commissioner of Social Security's motion for summary judgment and denied plaintiff's cross-motion for summary judgment. Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for the Commissioner and against plaintiff. Costs to be permitted in accordance with law.

KINIKIA D. ESSIX
CLERK OF COURT

By: s/Tara Villereal_____
     Deputy Clerk

February 13, 2026

Approved: s/ Robert J. White_____
     Robert J. White
     United States District Judge